ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
DUNCAN G. BURKE, ESQ.
Nevada Bar No. 13081
DBurke@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.,
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant*
*Nevada Gold Mines, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT TUOMINEN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA GOLD MINES, LLC, a Domestic Limited Liability Company,<br><br>Defendant. | Case No.: 3:24-cv-00120-MMD-CSD<br><br>**ORDER GRANTING STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT NEVADA GOLD MINES, LLC TO FILE THEIR REPLY IN SUPPORT OF MOTION TO DISMISS  [FIRST REQUEST]** |

Plaintiff SCOTT TUOMINEN ("Plaintiff"), by and through his counsel of record, TREVOR J. HATFIELD, and Defendant NEVADA GOLD MINES, LLC ("Defendant"), by and through their counsel of record, ANTHONY L. HALL, ESQ and JONATHAN A. McGUIRE, ESQ. of SIMONS HALL JOHNSTON PC, hereby stipulate and agree that Defendant's deadline to file their Reply In Support of Motion to Dismiss, which is currently set for May 28, 2024, be extended for a period of three (3) days, until Friday, May 31, 2024.

This request for extension is due to the Defendant's deadline to file their Amended Complaint being May 28, 2024, the same day as Plaintiff's deadline to file their Reply.  The filing of Plaintiff's Amended Complaint would negate the necessity for Defendant to file a reply.

This Stipulation was prepared by counsel for Defendant with the consent of Plaintiff and is made in good faith and not for purposes of delay.

DATED this 24th day of May 2024.

**SIMONS HALL JOHNSTON PC**

*/s/*Jonathan A. McGuire
Anthony L. Hall, Esq. (NBN 5977)
Jonathan A. McGuire, Esq. (NBN 15280)
690 Sierra Rose Dr.
Reno, NV 89511
*Attorneys for Defendant*
*Nevada Gold Mines*

DATED this 24th day of May 2024.

**HATFIELD & ASSOCIATES, LTD**

*/s/ Treavor J. Hatfield*
Trevor J. Hatfield, ESQ. (NBN 7373)
703 South Eighth Street
Las Vegas, NV 89101

*Attorneys for Plaintiff Scott Tuominen*

**ORDER**

**IT IS SO ORDERED.**

Dated this __24th__ day of __May__ 2024.

_____
U.S. District/Magistrate Judge

**CERTIFICATE OF SERVICE**

I, Terri Tribble, declare:

I am employed in the City of Reno, County of Washoe, State of Nevada by the law offices of Simons Hall Johnston PC. My business address is 690 Sierra Rose Dr., Reno, NV 89511. I am over the age of 18 years and not a party to this action.

On the below date, I served the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT NEVADA GOLD MINES, LLC TO FILE THEIR REPLY IN SUPPORT OF MOTION TO DISMISS** by causing the document to be served via electronic service through the Court's CM ECF electronic filing system, addressed as follows:

> Trevor J. Hatfield, ESQ.
> HATFIELD & ASSOCIATES, LTD
> 703 South Eighth Street
> Las Vegas, NV 89101
> thatfield@hatfieldlawassociates.com
> Attorney for Plaintiff SCOTT TUOMINEN

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on May 24, 2024.

/s/ *Terri Tribble*
Employee of Simons Hall Johnston