# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT TUOMINEN,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>NEVADA GOLD MINES LLC,<br><br>　　　　　　　　　Defendant. | 3:24-cv-00120-MMD-CSD<br><br>**ORDER** |

　　　Before the court is Plaintiff's Motion Regarding Discovery Dispute (ECF No. 45).

　　　Pursuant to the Court's Civil Standing Order (ECF No. 8), Defendant shall file a response on or before close of business on **Tuesday, April 15, 2025**.  The response shall be limited to 5 pages in length.

　　　**IT IS SO ORDERED.**

　　　DATED:  April 11, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Craig S. Denney
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge