UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT TUOMINEN,<br><br>                         Plaintiff,<br><br>  v.<br><br>NEVADA GOLD MINES LLC,<br><br>                        Defendant. | 3:24-cv-00120-MMD-CSD<br><br>**ORDER** |

Before the court is Defendant's Motion Regarding Discovery Dispute (ECF No. 48).

Pursuant to the Court's Civil Standing Order (ECF No. 8), Plaintiff shall file a response on or before close of business on **Friday, April 18, 2025**. The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED: April 16, 2025.

_____
Craig S. Denney
United States Magistrate Judge