TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
[thatfield@hatfieldlawassociates.com](mailto:thatfield@hatfieldlawassociates.com)

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT TUOMINEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA GOLD MINES LLC, a Domestic Limited Liability Company,<br><br>Defendant. | CASE NO: 3:24-cv-00120-MMD-CSD<br><br>**GRANTING STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #55)**<br>**(First Request)** |

COMES NOW, Plaintiff, SCOTT TUOMINEN, (hereinafter "Plaintiff"), by and through his counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant NEVADA GOLD MINES, LLC., (hereinafter "Defendant"), by and through its counsel, the SIMONS HALL JOHNSTON PC, do hereby stipulate and agree to extend time for Plaintiff to respond to Defendant's Motion For Summary Judgment (ECF #55), due on May 12, 2025, to June 2, 2025. This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' first request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

///

///

1

Good cause exists for this extension. Plaintiff's counsel is working with the client regarding the facts asserted by Defendant regarding Defendant's Motion for Summary Judgment to formulate Plaintiff's response. Due to exigent circumstances, Mr. Tuominen went through a period where he was working 12-hour days, 6 days a week. This has caused a substantial delay in his ability to fully review Defendant's voluminous Motion. Parties believe a 21 day extension will suffice.

Defendant's counsel has courteously agreed to this extension of time for Plaintiff to file his Response. Accordingly, Plaintiff shall have up to and including June 2, 2025, to respond to Defendant's Motion for Summary Judgment (ECF #55).

**IT IS SO STIPULATED.**

Dated: May 9, 2025                                                         Dated: May 9, 2025

**HATFIELD & ASSOCIATES**                                **SIMONS HALL JOHNSTON PC**

By: /s/ Trevor J. Hatfield
   TREVOR J. HATFIELD, ESQ. (SBN 7373)
   703 S. Eighth Street
   Las Vegas, Nevada 89101
   Tel: (702) 388-4469
   Email: thatfield@hatfieldlawassociates.com
   *Attorney for Plaintiff*

By: /s/ Jonathan A. McGuire
   ANTHONY L. HALL, ESQ.
   JONATHAN A. MCGUIRE, ESQ.
   690 Sierra Rose Dr.
   Reno, Nevada 89511
   Tel: (775) 785-0088
   *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED:**

DATED this 12th day of May, 2025.

_____
DISTRICT COURT JUDGE

2