1  TREVOR J. HATFIELD, ESQ.
   Nevada Bar No. 7373
2  **HATFIELD & ASSOCIATES, LTD.**
3  703 South Eighth Street
   Las Vegas, Nevada 89101
4  (702) 388-4469 Tel.
   (702) 386-9825 Fax
5  thatfield@hatfieldlawassociates.com

6  *Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT TUOMINEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA GOLD MINES LLC, a Domestic Limited Liability Company,<br><br>Defendant. | CASE NO: 3:24-cv-00120-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>**(ECF #55) (Second Request)** |

COMES NOW, Plaintiff, SCOTT TUOMINEN, (hereinafter "Plaintiff"), by and through his counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant NEVADA GOLD MINES, LLC., (hereinafter "Defendant"), by and through its counsel, the SIMONS HALL JOHNSTON PC, do hereby stipulate and agree to extend time for Plaintiff to respond to Defendant's Motion For Summary Judgment (ECF #55), due on June 2, 2025, to June 16, 2025. This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' second request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

///

///

1

Good cause exists for this extension.  Plaintiff's counsel is working with the client regarding the facts asserted by Defendant regarding Defendant's Motion for Summary Judgment to formulate Plaintiff's response.   Due to in-office illness, and the voluminous nature of the Motion for Summary Judgment, Plaintiff has not yet been able to formulate a response.  Parties believe a 14-day extension will suffice.

Defendant's counsel has courteously agreed to this extension of time for Plaintiff to file his Response. Accordingly, Plaintiff shall have up to and including June 16, 2025, to respond to Defendant's Motion for Summary Judgment (ECF #55).

**IT IS SO STIPULATED.**

Dated:  June 2, 2025

**HATFIELD & ASSOCIATES**

  */s/ Trevor J. Hatfield*
By:_____
    TREVOR J. HATFIELD, ESQ. (SBN 7373)
    703 S. Eighth Street
    Las Vegas, Nevada 89101
    Tel:  (702) 388-4469
    Email: thatfield@hatfieldlawassociates.com
    *Attorney for Plaintiff*

Dated:  June 2, 2025

**SIMONS HALL JOHNSTON PC**

  */s/  Jonathan A. McGuire*
By:_____
    ANTHONY L. HALL, ESQ.
    JONATHAN A. MCGUIRE, ESQ.
    690 Sierra Rose Dr.
    Reno, Nevada 89511
    Tel:  (775) 785-0088
    *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED:**

DATED this 2nd day of June, 2025.

_____
DISTRICT COURT JUDGE

2