TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT TUOMINEN, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>NEVADA GOLD MINES LLC, a Domestic Limited Liability Company,<br><br>  Defendant. | CASE NO: 3:24-cv-00120-MMD-CSD<br><br>**ORGER GRANTING STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #55)**<br>**(Third Request)** |

COMES NOW, Plaintiff, SCOTT TUOMINEN, (hereinafter "Plaintiff"), by and through his counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant NEVADA GOLD MINES, LLC., (hereinafter "Defendant"), by and through its counsel, the SIMONS HALL JOHNSTON PC, do hereby stipulate and agree to extend time for Plaintiff to respond to Defendant's Motion For Summary Judgment (ECF #55), due on June 16, 2025, to June 23, 2025.  This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' third request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

///

///

1

Good cause exists for this extension. Plaintiff's counsel is working with the client regarding the facts asserted by Defendant regarding Defendant's Motion for Summary Judgment to formulate Plaintiff's response. Plaintiff's Counsel is awaiting final verification of Plaintiff's Declaration before finalizing and filing the Response. Parties believe a 7-day extension will suffice.

Defendant's counsel has courteously agreed to this extension of time for Plaintiff to file his Response. Accordingly, Plaintiff shall have up to and including June 23, 2025, to respond to Defendant's Motion for Summary Judgment (ECF #55).

**IT IS SO STIPULATED.**

Dated: June 16, 2025

**HATFIELD & ASSOCIATES**

By: /s/ Trevor J. Hatfield
TREVOR J. HATFIELD, ESQ. (SBN 7373)
703 S. Eighth Street
Las Vegas, Nevada 89101
Tel: (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

Dated: June 16, 2025

**SIMONS HALL JOHNSTON PC**

By: /s/ Jonathan A. McGuire
ANTHONY L. HALL, ESQ.
JONATHAN A. MCGUIRE, ESQ.
690 Sierra Rose Dr.
Reno, Nevada 89511
Tel: (775) 785-0088
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED:**

DATED this 17th day of June, 2025.

_____
DISTRICT COURT JUDGE

2