1  ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
2  AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
3  Nevada Bar No. 15280
JMcGuire@SHJNevada.com
4  SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
5  Reno, Nevada 89509
Telephone: (775) 785-0088
6  *Attorneys for Defendant Nevada Gold Mines LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTT TUOMINEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA GOLD MINES LLC,<br>a Domestic Limited Liability Company,<br><br>Defendant. | CASE NO:  3:24-cv-00120-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

COMES NOW, Defendant NEVADA GOLD MINES, LLC., (hereinafter "Defendant"), by and through its counsel, SIMONS HALL JOHNSTON PC, and Plaintiff, SCOTT TUOMINEN, (hereinafter "Plaintiff"), by and through his counsel of record, Trevor J. Hatfield, Esq., Hatfield & Associates, Ltd., and, do hereby stipulate and agree to extend the deadline for Defendant to file its Reply in Support of Defendant's Motion For Summary Judgment, due Monday, July 7, 2025, to Monday, July 21, 2025.  This request is submitted pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1 and is the parties' first request for an extension of time for Defendant to file its Reply in Support of Defendant's Motion for Summary Judgment.

///

///

Good cause exists for this extension. Defendant's counsel is in the process of negotiating four (4) different collective bargaining agreements with different unions which have all had at least one (1) bargaining session and/or meeting between the time the opposition was filed when the reply was due. Additionally, with the Fourth of July holiday, that has further limited the time for Defense counsel to prepare the reply. Plaintiff's counsel has courteously agreed to this extension of time for Defendant to file its Reply. Accordingly, Defendant shall have up to and including Monday, July 21, 2025, to file its reply in support of Defendant's Motion for Summary Judgment.

**IT IS SO STIPULATED.**

Dated: July 3, 2025

**HATFIELD & ASSOCIATES**

By: _s/ Trevor Hatfield_
　TREVOR J. HATFIELD, ESQ. (SBN 7373)
　703 S. Eighth Street
　Las Vegas, Nevada 89101
　Tel: (702) 388-4469
　Email: thatfield@hatfieldlawassociates.com
　*Attorney for Plaintiff*

Dated: July 3, 2025

**SIMONS HALL JOHNSTON PC**

By: _s/ Jonathan McGuire_
　ANTHONY L. HALL, ESQ.
　JONATHAN A. MCGUIRE, ESQ.
　690 Sierra Rose Dr.
　Reno, Nevada 89511
　Tel: (775) 785-0088
　*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED:**

DATED this 3rd day of July, 2025.

_____
DISTRICT COURT JUDGE