ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088
*Attorneys for Defendant Nevada Gold Mines LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT TUOMINEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA GOLD MINES LLC,<br>a Domestic Limited Liability Company,<br><br>Defendant. | CASE NO: 3:24-cv-00120-MMD-CSD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>(Second Request) |

COMES NOW, Defendant NEVADA GOLD MINES, LLC., (hereinafter "Defendant"), by and through its counsel, SIMONS HALL JOHNSTON PC, and Plaintiff, SCOTT TUOMINEN, (hereinafter "Plaintiff"), by and through his counsel of record, Trevor J. Hatfield, Esq., Hatfield & Associates, Ltd., and, do hereby stipulate and agree to extend the deadline for Defendant to file its Reply in Support of Defendant's Motion For Summary Judgment, due Monday, July 21, 2025, to Monday, August 4, 2025. This request is submitted pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1 and is the parties' second request for an extension of time for Defendant to file its Reply in Support of Defendant's Motion for Summary Judgment.

///

///

Good cause exists for this extension. Defendant's counsel has been preparing an appellate Brief for the Nevada Supreme Court with a due date of Monday, July 21, 2025. Additionally, Defendant is investigating some of the allegations made in the opposition and needs additional time to complete that factual investigation. Plaintiff's counsel has courteously agreed to this extension of time for Defendant to file its Reply. Accordingly, Defendant shall have up to and including Monday, August 4, 2025, to file its reply in support of Defendant's Motion for Summary Judgment.

**IT IS SO STIPULATED.**

Dated: July 21, 2025

**HATFIELD & ASSOCIATES**

By: *s/ Trevor Hatfield*
 TREVOR J. HATFIELD, ESQ. (SBN 7373)
 703 S. Eighth Street
 Las Vegas, Nevada 89101
 Tel: (702) 388-4469
 Email: thatfield@hatfieldlawassociates.com
 *Attorney for Plaintiff*

Dated: July 21, 2025

**SIMONS HALL JOHNSTON PC**

By: *s/ Jonathan McGuire*
 ANTHONY L. HALL, ESQ.
 JONATHAN A. MCGUIRE, ESQ.
 690 Sierra Rose Dr.
 Reno, Nevada 89511
 Tel: (775) 785-0088
 *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED:**

DATED this 21st day of July 2025.

_____
DISTRICT COURT JUDGE